*Kirshenbaum, Alfred Factor,* for plaintiff. *Montaquila, Ciullo & DeFalco, Kenneth J. Rampino,* for defendant.

APPEAL No. 75-65. PASCO RUSSO *et al. v.* LOUIS CEDRONE *et al.* Motion of defendants to affirm the judgment below pursuant to Rule 16(g) denied. *John F. Cuzzone, Jr., Gerard McGovern DeCelles,* for plaintiffs. *Anthony M. Gallone, J. Renn Olenn, Joseph F. Penza, Jr.,* for defendants.

APPEAL No. 75-320. KENNETH A. MUMFORD *v.* SELMA A. MUMFORD. Motion of respondent for a stay denied as being moot. *David B. Green, Rhode Island Legal Services, Inc.,* for plaintiff-respondent. *Leonard A. Kamaras,* for defendant-petitioner.

APPEAL No. 76-98. GEORGE KILSEY *v.* CHUCK WAGON, INC. Motion of respondent to affirm the decree below pursuant to Rule 16(g) denied. *John E. McCann,* for petitioner. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for respondent.

APPEAL No. 76-172. JEAN-YVES DRANS *v.* PROVIDENCE COLLEGE. Motion of defendant to remand this case to the Superior Court in order to have plaintiff comply with Rule 10(b) granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for plaintiff. *William F. McMahon,* for defendant.

APPEAL No. 76-194. SEBASTIANO PETRELLA *v.* MARK A. IZZO *et al.* Motion of plaintiff to dismiss the appeal of the defendants is granted unless the defendants' brief is filed on or before August 19, 1976. *Keenan, Rice, Dolan, Reardon & Kiernan, James A. Currier,* for plaintiff. *Charles H. Anderson Law Offices, Paul A. Anderson,* for defendants.

APPEAL No. 76-234. ANN MARIE MILLERICK *v.* ALBERT FASCIO *et al.* Motion of the petitioners to treat their appeal as a petition for certiorari granted and writ shall issue forthwith. *John T. Madden,* for plaintiff-respondent. *Irving J. Bilgor,* Legal Counsel, Board of Review, for defendants-petitioners.